1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   RAMÓN ACOSTA
3  Assistant Federal Public Defender
   201 W. Liberty Street, Suite 102
4  Reno, Nevada 89501
   Telephone:    (775) 321-8451
5  Facsimile:    (775) 784-5369

6  Counsel for MANUEL MARIO VASQUEZ-PEREZ

7

8                   UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11

12  UNITED STATES OF AMERICA,            3:12-cr-00055-RCJ-VPC
                                         3:08-cr-00049-LRH-WGC
13                 Plaintiff,
                                         **ORDER** **TO**
14  vs.                                  **CONSOLIDATE CASES BEFORE**
                                         **HONORABLE LARRY R. HICKS**
15  MANUEL MARIO VASQUEZ-PEREZ,

16                 Defendant.

17  CERTIFICATION:    This Motion is timely filed.  No prescribed deadline is associated with this

18  type of Motion.

19              Defendant, MANUEL MARIO VASQUEZ-PEREZ, by and through his attorney of

20  record, RAMÓN ACOSTA, Assistant Federal Public Defender, hereby moves this Honorable Court

21  for an order reassigning the above-entitled matter with a related case, Case No. 3:08-cr-00049-LRH-

22  WGC.  The relief sought is based on the following Points and Authorities.

23                      **POINTS AND AUTHORITIES**

24              The Indictment in 3:12-cr-00055-RCJ-VPC charged one count in violation of 8 U.S.

25  C. § 1326 (a) (Unlawful Reentry by a Deported, Removed or Excluded Alien).    An

26  initial/arraignment and plea hearing was conducted on June 7, 2012.  Mr. Vasquez-Perez plead not

27  guilty and the case was set for trial on August 7, 2012, at 9:00 a.m.

28              A related case before Honorable Larry R. Hicks is Case No. 3:08-cr-00049-LRH-

                                        1

WGC. Mr. Vasquez-Perez is charged with violation of supervised release. The violation is based on the unlawful re-entry into the United States. Mr. Vasquez-Perez made an initial appearance on June 7, 2012. At a final revocation hearing scheduled for June 25, 2012, Mr. Vasquez-Perez requests that his two cases be consolidated. The Court continued the final revocation hearing until July 25, 2012, at 10:00 a.m. to allow counsel time to file a Motion to Consolidate the two cases. Judge Hicks indicated that he would accept the consolidation of the two cases in his Court.

The undersigned is counsel for Mr. Vasquez-Perez in both cases. The Assistant U.S. Attorney prosecuting both cases is Ronald C. Rachow. Mr. Rachow is not opposed to this Motion for consolidation.

Fed.R.Crim.P. 8(a) allows the Court to join offenses. " The indictment or information may charge a defendant in separate counts with 2 or more offenses if the offenses charged . . . are of the same or similar character, . . . or are connected . " Fed.R.Crim.P. 8(a) The two cases herein allege offense charges that are related in nature and time.

The consolidation of the two cases will serve both the interest of justice as well as judicial economy. The case before Judge Hicks is the older of the two cases. Judge Hicks is familiar with this Defendant based on the 2008 case. Mr. Vasquez-Perez agrees to the consolidation of the two cases.

IT IS SO ORDERED.


_____
ROBERT C. JONES
Chief District Judge
Dated: This 6th day of July, 2012.

2